In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00464-CV

_____

IN THE INTEREST OF A.K.M., J.D.M., AND D.M.M.

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. F-201,904-H

**ORDER**

On April 11, 2013, we abated the appeal and remanded the case to the trial court for a hearing to settle a dispute regarding the reporter's record. *See* Tex. R. App. P. 34.6(e). A supplemental clerk's record, which includes the exhibits found by the trial court to accurately duplicate the original exhibits, has been filed. *See* Tex. R. App. P. 34.6(f)(4). We have been notified that the appellant has requested additional supplementation of exhibits from hearings conducted on October 27, 2011 and April 18, 2012. *See* Tex. R. App. P. 34.6(d). A request for access by appellate counsel to the sealed record has also been filed.

1

It is, therefore, ORDERED that the appeal is reinstated. The record may be supplemented as requested by the parties. Counsel of record for the appellant and the appellee may obtain access to the sealed record, including the sealed reporters record and exhibits for the April 18, 2012 Motion to Enter Orders, by making an appointment in advance with the Clerk of the Court for counsel of record to review the record at the Court of Appeals during regular business hours. The brief of the appellant is due June 17, 2013.

ORDER ENTERED May 16, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.